22-41315

CREDITOR MATRIX OF BRIAN YU

SHELLPOINT
PO BOX 10826
GREENVILLE, SC 29603-0826

FILED
DEC 29 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA