Entered on Docket
January 13, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Brian Yu
36500 Alder Ct,
Fremont, CA 94536
Phone: 510-936-2181

Debtor without an attorney

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: January 13, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

Brian Yu

          Debtor.

Case No.: 22-41315

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

    The court, having considered the "Debtor's Ex Parte Motion To Extend Time To File Case Opening Documents" (the "Motion") filed pursuant to Local Bankruptcy Rule 1007-1 and Federal Rule of Bankruptcy Procedure 1007(c) by Brian Yu (the "Debtor"), with good cause appearing, hereby orders as follows:

    1.    The Motion is granted.

    2.    The Debtor is hereby granted up to and including <u>February 2, 2023</u> to file their Schedules Of Assets And Liabilities, Statements Of Financial Affairs and any other "Required Documents" (as that term is defined in the Motion).

    **IT IS SO ORDERED.**

**Service List**

Brian Yu
36500 Alder Ct
Fremont, CA 94536