# United States Bankruptcy Court
## Northern District of California

In re **Brian Yu**  
_____  
Debtor(s)

Case No. 22-41315  
Chapter 13

## SUBSTITUTION OF ATTORNEY

The undersigned, Brian Yu, In Pro Se, hereby consents to the withdrawal as attorney of record for Brian Yu, debtor.

Dated: February 2, 2023        By: /s/ Brian Yu _Brian Yu_
                                   Brian Yu

The undersigned, Christopher Hewitt, Esq. SBN: 236568, hereby enters his appearance as attorney of record for Brian Yu, debtor.

Dated: February 2, 2023        By: /s/ Christopher Hewitt, Esq.
                                   Christopher Hewitt, Esq.

Brian Yu, debtor, hereby consents to the withdrawal of Brian Yu, In Pro Se and the substitution of Christopher Hewitt, Esq. as his attorney of record in this case.

Dated: February 2, 2023        By: /s/ Brian Yu _Brian Yu_
                                   Brian Yu

                               By: _____