BRETTE L. EVANS, SBN 177042
EVANS LAW OFFICE
1150 N. FIRST STREET, #110
SAN JOSE, CA 95112
(408) 298-8910

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| In re: | ) | Case No.: 22-41315 WJL |
|---|---|---|
| BRIAN YU, | ) ) | SUBSTITUTION OF ATTORNEY |
| Debtor(s). | ) ) ) | |

Debtor, Brian Yu hereby makes the following substitution of attorneys:

| Substituted Out | Substituted In |
|---|---|
| Christopher Hewitt<br>Law Office of Christopher Hewitt<br>74361 CA-111, Suite 7<br>Palm Desert, CA 92260<br>Tel: (760) 459-2438 | Brette L. Evans<br>Evans Law Offices<br>1150 N. First Street, Suite 110<br>San Jose, CA 95112<br><br>Tel: (408) 298-8910 |

I consent to this substitution.

Date: Feb 2, 2023    /s/ Christopher Hewitt
                     Former Attorney, Christopher Hewitt

I consent to this substitution.

Date: Feb 2, 2023    *Brian Yu*
                     Debtor, Brian Yu

I consent to this substitution.

Date: 2/2/23         *Brette Evans*
                     Brette L. Evans