Brette L. Evans, S.B.N. 177042
Evans Law Offices
1150 N. First Street, Suite 110
San Jose, CA 95112
(408) 298-8910
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Brian Yu,<br><br>               Debtor. | Case No. 22-41315 WJL<br>Chapter 13<br><br>NOTICE OF EX PARTE AND EX PARTE APPLICATION TO EXTEND AND ENLARGE TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, PLAN AND OTHER REQUIRED DOCUMENTS |

Pursuant to Bankruptcy Rules 1007(c) and 9006(b), Brian Yu, the debtor in the above-captioned case (hereinafter referred to as "Debtor") hereby applies to the Court for an extension of time to file the required statement of financial affairs, schedules, Chapter 13 plan, statement of current monthly income and other required documents.

This application is made on the following grounds:

1) On December 29, 2022, the Debtor filed a Petition under Chapter 13 of Title 11 United States Code, with the clerk of this Court and submitted a list of his creditors and addresses.

2) The application requesting the time extension has been served within the expiration of the deadlines proscribed by Bankruptcy Rules 1007(c) and 3015(b).

3) Debtor did request a prior extension of time and was given until February 2, 2023 to file all of the required documents that are presently due.

4) Debtor believed that he would be able to complete the necessary documents without an attorney. On or about January 31, 2023 Debtor realized that he needed the assistance of an

attorney.

5) As shown on the attached proof of service, notice of this application has been given to the U.S. Trustee; a copy of this application has been electronically noticed to the Chapter 13 Trustee, Martha Bronitsky.

6) Debtor is not required to give notice to any other party because:

    a)    No committee has been elected under § 705 of the Bankruptcy Code.

    b)    No committee has been appointed under § 1102 of the Bankruptcy Code.

    c)    The court has not directed that notice be given to any trustee, examiner, or other party.

WHEREFORE, Debtor prays that the time for filing the Statement of Financial Affairs, Schedules, Plan and other necessary documents with this court be extended up to and including the following date:

**February 9, 2023**

EVANS LAW OFFICES

Dated: 2/2/2023      By: */s/ Brette L. Evans*
Brette L. Evans, Attorney for Debtor