Brette L. Evans, sbn: 177042
Kelly L. Klokow, sbn: 280316
Evans Law Offices
1150 N. First Street, Suite 110
San Jose, CA 95112
(408) 298-8910
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN YU,<br><br>　　　　　Debtor. | Case No. 22-41315 WJL<br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME** |

I, Brette L. Evans, attorney for the debtor in the above-captioned matter, declare as follows:

1. I am an attorney duly licensed to practice before this court and I am attorney of record for Brian Yu (hereinafter referred to as the "Debtor" or "Mr. Yu").

2. On December 29, 2022, Mr. Yu filed a voluntary Chapter 13 case on behalf of himself, without the assistance of an attorney.

3. The case was filed as a skeleton proceeding as Debtor's residence was in jeopardy of foreclosure.

4. On January 12, 2023, Mr. Yu filed a request for extension of time. His stated reason, "substantial amendments" related to the need to work through the bankruptcy documents in order to complete the complement of documents that were due.

5. The court did grant the extension and gave Mr. Yu until February 2, 2023 to file all of the remaining documents that are due.

6. I met with Mr. Yu today and went through all of his facts and circumstances as it relates to his bankruptcy filing. I am able to immediately work on his file to complete the Schedules, Financial Affairs, Means Test, Plan and other required documents.

7. Although I could have completed the necessary work today, Mr. Yu was not able to get all of the necessary documents to me today because of work commitments that he had.

8. I am requesting this second extension in order to complete the filing, to file the deficiency documents, the Chapter 13 plan and other documents to support the plan.

9. The Debtor only recently realized that he could not complete the filing on his own. Debtor realized that he needed help on or about January 31, 2023. He thereafter worked diligently in finding an attorney that could help him.

10. Debtor had difficulty finding an attorney due to the fact that time was short and the case was already filed.

11. We are requesting an extension to February 9, 2023 to file the Chapter 13 Plan and the complement of other documents including the Schedules A through J, the Statement of Financial Affairs, Form 22c and other required documents.

EVANS LAW OFFICES

Dated: 1/23/2023

By: /s/ Brette L. Evans
Brette L. Evans, Attorney for Debtor