Brette L. Evans, sbn: 177042
Kelly L. Klokow, sbn: 280316
Evans Law Offices
1150 N. First Street, Suite 110
San Jose, CA 95112
(408) 298-8910
*Attorney for Debtor(s)*

**Entered on Docket
February 07, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the Court.
Signed: February 7, 2023**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re:

BRIAN YU,

          Debtors.

Case No. 22-41315 WJL
Chapter 13

ORDER GRANTING EXTENSION AND ENLARGEMENT OF TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND PLAN

On December 29, 2022, the court issued its Order to File Required Documents and Notice Regarding Dismissal (the "Order"). Debtor has moved for an order extending the time to file documents required by 11 U.S.C. § 521, FRBP 1007 and 3015. The Court grants the requested extension. All documents identified as missing in the Court's Order shall be filed no later than February 9, 2023. If the documents identified in the Order are not filed by the extended time, the clerk of the court is directed to dismiss this case without further notice and close the case.

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

**MAILING LIST**
All parties entitled to service shall receive electronically or by Debtor's Counsel