BRETTE L. EVANS, SBN 177042
EVANS LAW OFFICE
1150 N. FIRST STREET, #110
SAN JOSE, CA 95112
(408) 298-8910

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re: ) | Case No.: 22-41315 WJL |
| ) | |
| BRIAN YU, ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| Debtor(s). ) | |
| ) | |
| ) | |

Debtor, Brian Yu hereby makes the following substitution of attorneys:

| **Substituted Out** | **Substituted In** |
|---|---|
| Brette L. Evans<br>Evans Law Offices<br>1150 N. First Street, Suite 110<br>San Jose, CA 95112<br><br>Tel: (408) 298-8910 | Brian Yu<br>36500 Alder Court<br>Fremont, CA 94536<br><br>Tel: (510) 936-2181 |

Date: 2/10/2023          /s/ Brian Yu
                         Debtor, Brian Yu

I consent to this substitution.

Date: 2/10/2023          /s/ Brette L. Evans
                         Former Attorney, Brette L. Evans