Office of the Clerk
United States Bankruptcy Court
Northern District of California

Notice of Deficiency

February 13, 2023

Brian Yu
36500 Alder Ct
Fremont, CA 94536

Case #: 22-41315

The Clerk's Office has received correspondence from you and is unable to accept/process the items received for the following reason(s):

- [x] Personal checks and third-party checks are not accepted. The Court only accepts Cashier's Checks and Money Orders. Alternatively, payment may be made using Pay.Gov which can be accessed by visiting the court's website at https://www.pay.gov/public/form/start/821989144.

- [ ] The payee on the check is incorrect. The payment must be made payable to Clerk, U.S. Bankruptcy Court.

- [ ] The amount remitted is incorrect. Please resubmit payment in the correct amount of $_____

- [ ] The check/Cashier's Check/Money Order is not signed. Please sign and resubmit to the Court.

    A fee is required in the amount of $_____ for the Amended Creditor Matrix.

- [x] The incorrect form was used for the Chapter 13 Plan filed in the above-referenced case. For information and approved forms, please visit the court's website at https://www.canb.uscourts.gov/.

- [ ] Other _____

Sincerely,
Edward J. Emmons, Clerk of Court

By: Christine Kelly
Deputy Clerk