Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Brian Yu | Case No.: 22–41315 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order and Notice Regarding Failure to Submit Tax Returns , filed on 2/06/2023 . Therefore, it is ordered that this case be **dismissed**.

Dated: 2/28/23

By the Court:

William J. Lafferty
United States Bankruptcy Judge