

The following constitutes the order of the Court.
Signed: March 7, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

    Brian Yu,

        Debtor.

Case No. 22-41315 WJL

Chapter 13

**Order Denying Ex Parte Motion to Vacate**

Debtor filed the above-captioned chapter 13 bankruptcy case on December 29, 2022, in pro per. The Court entered an Order to File Required Documents (ECF #5) that same day. The Court then granted Debtor two extensions to file required documents, first on January 13, 2023 (ECF #16), and then on February 7, 2023 (ECF #22). During this period, Debtor hired two different attorneys: the first was hired and then terminated on February 2, 2023 (ECF #19), while the second was terminated on February 10, 2023 (ECF #27).

Also on February 10, 2023, Debtor failed to appear at the Meeting of Creditors, for which reason the Chapter 13 Trustee (the "Trustee") moved to dismiss the case (ECF #23). Trustee also filed a Motion to Dismiss for Failure to Make Plan Payments (ECF #29) on February 13, 2023. The Court then entered an Order of Dismissal for Failure to Comply (ECF #33) on February 28, 2023, because Debtor failed to file his tax returns.

Now, before the Court is Debtor's Ex Parte Motion to Vacate the Order Dismissing Chapter 13 Proceedings (the "Motion") (ECF #37). In the Motion, Debtor states that he is current with plan payments and has submitted the required tax documents to the Trustee. Debtor also states that he had Covid over the past two weeks, which prevented him from complying with the filing requirements.

Nonetheless, the Court HEREBY DENIES Debtor's Motion. While the Court is sympathetic to Debtor's recent illness, Debtor's failure to file required documents and to make plan payments occurred in early and mid-February, beyond the time in which Debtor was sick. Additionally, Debtor failed to appear at the Meeting of Creditors in early February, which provided another independent basis for dismissal.

**\*\*\*End of Order\*\*\***

**Court Service List**

Brian Yu

36500 Alder Ct

Fremont, CA 94536